A. P. Kannapel, appellant, v. The Goodyear Tire and Rubber Company, Inc., appellee.   Gen. No. 9,083.

Opinion filed September 3, 1936. Rehearing denied and opinion slightly modified October 28, 1936.

Clarence W. Heyl, for appellant; John H. Royster, of counsel. Cassidy & Knoblock, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.